IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LEAD RELAY, LLC,**<br><br>                    **Plaintiff,**<br><br>    v.<br><br>**WZH, LLC (f/k/a MEDIAWHIZ HOLDINGS, LLC); WZH, INC. (f/k/a MEDIAWHIZ HOLDINGS, INC.); MEDIAWHIZ, INC.; MATOMY U.S.A., INC.; and MATOMY MEDIA GROUP LTD.**<br><br>                    **Defendants.** | **Case No. 1:13-cv-01462-LPS** |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANTS
WZH, LLC (F/K/A MEDIAWHIZ HOLDINGS, LLC), WZH, INC. (F/K/A MEDIAWHIZ
HOLDINGS, INC.) AND MEDIAWHIZ, INC.
WITHOUT PREJUDICE
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)</u>**

WHEREAS, Plaintiff Lead Relay, LLC ("Plaintiff") has brought suit against all of the defendants claiming patent infringement based on their sale and use of certain products and services;

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without costs to either Plaintiff or the defendants being dismissed herein, and without further notice to the parties or their respective attorneys;

Plaintiff, having previously dismissed Defendants Matomy Media Group Ltd. and Matomy U.S.A., Inc. as a result of a confidential Settlement and License Agreement, hereby voluntarily dismisses without prejudice each claim of Plaintiff against the remaining Defendants WZH, LLC (f/k/a MediaWhiz Holdings, LLC), WZH, Inc. (f/k/a MediaWhiz Holdings, Inc.) and MediaWhiz, Inc.

Dated: November 12, 2013

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'KELLY ERNST & BIELLI, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Phone: (302) 478-4230
Facsimile: (302) 295-2873
gp@del-iplaw.com

Timothy J. Haller
Brian E. Haan
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Facsimile: (312) 236-3137
haller@nshn.com
bhaan@nshn.com

Gregory P. Casimer
LATHROP & GAGE LLP
155 North Wacker Drive, Suite 3050
Chicago, IL 60606
Phone: (312) 920-3300
Facsimile: (312) 920-3301
gcasimer@lathropgage.com

Attorneys for Plaintiff Lead Relay, LLC